IN THE UNITED STATES DISTRICT COURT
FOR THE OF DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 1:20-cv-2427-RDM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL S. SOCHACZEWSKI, | ) | |
| 9 Chemin des Manons | ) | |
| Le Grand-Saconnex 1218, | ) | |
| Switzerland, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STATUS REPORT**

Plaintiff, the United States of America, hereby files this status report, pursuant to the Court's Order dated April 21, 2021.

1.      This is a civil action pursuant to 31 U.S.C. § 5321 to collect the penalties assessed against Paul Sochaczewski for his willful failure to report his interest in foreign financial accounts for 2005 through 2012, as required by law.

2.      The United States filed this complaint on August 31, 2020.  Doc. No. 1.

3.      Upon information and belief, Defendant Paul Sochaczewski lives in Le Grand-Saconnex, Switzerland.

4.      The town of Le Grand-Saconnex is located in the canton of Geneva, where the official language is French.

5.      Switzerland is a member of the Hague Convention.  *See,* http://www.hcch,.net/en/states/hcch-members.

6.      Switzerland objected to Article 10 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, and therefore, the United

1

States must complete service pursuant to Article 5.  *See,* https://www.hcch.net/en/instruments/
conventions/status-table/notifications/?csid=424&disp=resdn.

7.      Switzerland requires the documents to be translated into the official language of
the Canton in which the defendant is located.  *See,* https://www.hcch.net/en/instruments/
conventions/status-table/notifications/?csid=424&disp=resdn.

8.      On October 30, 2020, the undersigned received completed and certified French
translations of the complaint, civil cover sheet, and summons.

9.      On January 15, 2021, the undersigned moved the Court for issuance of letters
rogatory pursuant to Fed. R. Civ. P. 4(f)(2).  Doc. No. 4.

10.     On January 25, 2021, the Court granted the United States' Motion for Issuance of
Letters Rogatory, and those Letters Rogatory were issued to the United States on January 29,
2021.  Doc. No. 5.

11.     On February 16, 2021, the undersigned sent the letters rogatory and appropriate
documentation to the United States Department of State for apostille via certified mail, with
tracking number 7017 0190 0000 9839 2071.

12.     According to the Certified Mail Receipt (also known as the "green card"), the
letters rogatory and appropriate documentation were delivered to the United States Department
of State on February 22, 2021.  A copy of the signed return receipt is attached as Exhibit A.

13.     The undersigned contacted the United States Department of State regarding the
status of the apostilled documents on March 22, 2021.  The Department of State indicated that
they estimate apostille requests received in February 2021 to be completed sometime in May
2021.

14.     On May 18, 2021, the undersigned received written correspondence from the United States Department of State, dated April 29, 2021.  The United States Department of State indicated they need additional documents certified by the Attorney General to complete the apostille request.

15.     On June 3, 2021, the undersigned contacted the Justice Management Division, the division within the Department of Justice which handles certification of these documents.  The Justice Management Division informed the undersigned to obtain additional documents from the Court record, certified by the Clerk of Court.

16.     On June 11, 2021, the undersigned requested certified copies of Doc. No. 1 (and attachments), Doc. No. 2, and Doc. No. 7 (and attachments) from the District of Columbia Clerk's Office.

17.     On June 25, 2021, the District of Columbia Clerk's Office contacted the undersigned, informing her that her request for certified copies had been completed, and the undersigned picked up these copies from the Clerk's Office on the same day.

18.     On July 2, 2021, the undersigned submitted the certified copies to the Justice Management Division for additional certification and resubmission to the United States Department of State for apostille.

19.     On July 23, 2021, the undersigned received certified copies of the documents from the Justice Management Division.

20.     The undersigned also requested, and has received, translation of the Letters Rogatory into French.  Doc. No. 9.

21.     On July 28, 2021, the undersigned sent the certified documents via USPS certified

mail (tracking number 7018-0040-0000-4824-1430) to the United States Department of State for

apostille.

22.     The undersigned received the certified documents on October 1, 2021.

23.     On October 14, 2021, the undersigned submitted the documents to the

Department of State for transmittal to the foreign authorities via FedEx (tracking number 2848

9490 8937).

24.     The documents were delivered to the Department of State on October 15, 2021.

Exhibit A, *FedEx Tracking Information*.

25.     According to the website for the Department of State, "Execution of letters

rogatory may take a year or more."  *See*, https://travel.state.gov/content/travel/en/legal/travel-

legal-considerations/internl-judicial-asst/obtaining-evidence/Preparation-Letters-Rogatory.html.

26.     As of August 26, 2022, the undersigned has not received any update from the

Department of State.


Dated: August 26, 2022                          DAVID A. HUBBERT
                                                Deputy Assistant Attorney General

                                                */s/ Emily K. Miller*
                                                EMILY K. MILLER
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                P.O. Box 227
                                                Washington, D.C.  20044
                                                202-353-7509 (v)
                                                202-514-6866 (f)
                                                Emily.K.Miller@usdoj.gov

## CERTIFICATE OF SERVICE

I certified that on this the 26th day of August, 2022, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all parties registered to receive such notice.

/s/ Emily K. Miller
EMILY K. MILLER
Trial Attorney, Tax Division